

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JON D. BARDOUCHE,                                              No. 08-14-00129-CV

§

APPELLANT,                                Appeal from the

§

388th District Court

V.                          §

of El Paso County, Texas

MARY B. BARDOUCHE,                       §

(TC# 96CM6257)

APPELLEE.            §

## MEMORANDUM  OPINION

Pending before the Court is a motion filed by Appellant, Jon D. Bardouche, to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because the parties have settled all pending issues. We grant the motion and dismiss the appeal.  Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

October 17, 2014
                                        YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge, sitting by assignment)(Not Participating)